**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Karim FARUQ, a/k/a Charles Williams,
Defendant–Appellant.**

No. 01–6384.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Karim Faruq, pro se. Philip S. Jackson, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Karim Faruq appeals the district court's order denying his motion for the return of property, and a subsequent order denying his motion for reconsideration of the denial. We have reviewed the record and the district court's order denying the motion for reasons stated by the Government in its response, and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. *See United States v. Faruq,* No. CA–91–217–CCB (D.Md. filed Jan. 17, 2001, entered Jan. 18, 2001; Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*